AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| HOWARD COHAN<br>*Plaintiff(s)*<br>v.<br><br>ZELL ONE INC.,<br>d/b/a BOCA CORPORATE CENTER<br>*Defendant(s)* | )))))))))))) | Civil Action No.<br><br>9:19-cv-81589-RAR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
ZELL ONE INC.
C/O Cogency Global Inc.
115 N. Calhoun Street
Suite 4
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jason S. Weiss, Esq.
Weiss Law Group, P.A.
5531 N. University Dr., Suite 103
Coral Springs, Florida 33067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Nov 25, 2019

Angela E. Noble
Clerk of Court

s/ C.Davis
Deputy Clerk
U.S. District Courts